1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   CARLOS GARCIA-MORENO
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF          )   NO. Cr.S. 13-0063-JAM
11 AMERICA,                   )
                              )
12         Plaintiff,         )   **STIPULATION AND ORDER**
                              )   **CONTINUING STATUS**
13    v.                      )   **CONFERENCE; EXCLUDING TIME**
                              )
14 CARLOS GARCIA-MORENO,      )   Date: April 30, 2013
                              )   Time: 9:45 a.m.
15         Defendants.        )   Judge: Hon. John A. Mendez
                              )
16 _____    )

17       IT IS HEREBY STIPULATED by and between the parties
18 hereto through their respective counsel, Assistant United
19 States Attorney NIRAV DESAI and Assistant Federal Defender
20 COURTNEY FEIN, for CARLOS GARCIA-MORENO, that the status
21 conference hearing date of April 9, 2013, be vacated, and the
22 matter be set for status conference on April 30, 2013, at
23 9:45 a.m.
24       The reason for the continuance is that counsel is in the
25 process of ordering records from the Third District Appellate
26 Court for the State of California that will assist her in
27 analyzing the calculation of Mr. Garcia's criminal history
28 points and so advising him.

1  Based upon the foregoing, the parties agree that the
2 time under the Speedy Trial Act should be excluded from the
3 date of signing of this order through and including April 16,
4 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and
5 (B)(iv)[reasonable time to prepare] and Local Code T4 based
6 upon continuity of counsel.

7 DATED: April 3, 2013        Respectfully submitted,

8                             JOSEPH SCHLESINGER
                              Acting Federal Public Defender
9
                              /s/ Courtney Fein
10                            COURTNEY FEIN
                              Assistant Federal Defender
11                            Designated Counsel for Service
                              Attorney for MARIO FLORES-PINEDA
12

13
   DATED: April 3, 2013        BENJAMIN WAGNER
14                             United States Attorney

15                             /s/ Nirav Desai
                               NIRAV DESAI
16                             Assistant U.S. Attorney
                               Attorney for Plaintiff
17

18 / / /

19

20                              **ORDER**

21  UPON GOOD CAUSE SHOWN and the stipulation of all parties,
22 it is ordered that the April 9, 2013, status conference
23 hearings be continued to April 30, 2013 at 9:45 a.m.  Based
24 on the representation of both defense counsel and good cause
25 appearing therefrom, the Court hereby finds that the failure
26 to grant a continuance in this case would deny defense
27
28                               2

counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time up to and including the April 30, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   4/4/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

3