1    JOSEPH SCHLESINGER, Bar #87692
     Acting Federal Defender
2    COURTNEY FEIN, Bar #244785
     Designated Counsel for Service
3    801 I Street, 3rd Floor
     Sacramento, California  95814
4    (916) 498-5700

5    Attorney for Defendant
     CARLOS GARCIA MORENO
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
     UNITED STATES OF              )      NO. Cr.S. 13-0063-JAM
11   AMERICA,                      )
                                   )
12         Plaintiff,              )      **STIPULATION   AND   ORDER
                                   )      CONTINUING   STATUS
13         v.                      )      CONFERENCE; EXCLUDING TIME**
                                   )
14   CARLOS GARCIA MORENO,         )      Date: June 4, 2013
                                   )      Time: 9:45 a.m.
15         D e f e n d a n t s  ). )      Judge: Hon. John A. Mendez
     _____   )
16                                 )

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18   respective counsel, Assistant United States Attorney NIRAV DESAI and Assistant Federal

19   Defender COURTNEY FEIN, for CARLOS GARCIA MORENO, that the status conference

20   hearing date of April 30, 2013, be vacated, and the matter be set for status conference on June

21   4, 2013, at 9:45 a.m.

22         The reason for the continuance is the State of California Court of Appeals for the Third

23   District vacated the sentence on appeal of one of Mr. Garcia Moreno's prior convictions and

24   remanded the case to the trial court.  Counsel must further investigate the outcome of the case

25   on remand in order to determine if a reduced sentence affects Mr. Garcia Moreno's criminal

26   history score and so advise him.

27         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

28   should be excluded from the date of signing of this order through and including June 4, 2013

1   pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

2   T4 based upon continuity of counsel.

3   DATED: April 25, 2013                    Respectfully submitted,

4                                            JOSEPH SCHLESINGER
                                             Acting Federal Public Defender
5
                                             /s/ Courtney Fein
6                                            COURTNEY FEIN
                                             Assistant Federal Defender
7                                            Designated Counsel for Service
                                             Attorney for MARIO FLORES-PINEDA
8

9
    DATED: April 25, 2013                    BENJAMIN WAGNER
10                                           United States Attorney

11                                           /s/ Nirav Desai
                                             NIRAV DESAI
12                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff
13

14  / / /

15

16                               **ORDER**

17         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

18  April 30, 2013, status conference hearings be continued to June 4, 2013 at 9:45 a.m.  Based

19  on the representation of both defense counsel and good cause appearing therefrom, the Court

20  hereby finds that the failure to grant a continuance in this case would deny defense counsel

21  reasonable time necessary for effective preparation, taking into account the exercise of due

22  diligence.  The Court finds that the ends of justice to be served by granting a continuance

23  outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that

24  time up to and including the June 4, 2013 status conference shall be excluded from

25  computation of time within which the trial of this matter must be commenced under the Speedy

26  / / /

27  / / /

28  / / /

                                            2

1    Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow

2    defense counsel reasonable time to prepare.

3    Dated:    4/25/2013

4                                                        /s/ John A. Mendez
                                                         JOHN A. MENDEZ
5                                                        United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28