HEATHER WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant
CARLOS GARCIA MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-CR-0063 JAM |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| CARLOS GARCIA MORENO, | |
| Defendant. | |

It is respectfully requested that Assistant Federal Defender COURTNEY FEIN and the Office of the Federal Defender be relieved as attorney of record in the above captioned case and that COURTNEY FEIN, Attorney at Law, P.O. Box 191552, Sacramento, California, 95819; telephone number (916) 382-4792, be substituted in as appointed counsel for Mr. Carlos Garcia Moreno.

Dated:  July 17, 2013                     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Courtney Fein*
COURTNEY FEIN
Assistant Federal Defender
Attorney for Defendant

I accept the substitution and ask to be appointed.

DATED: July 17, 2013                    /s/ Courtney Fein
                                        COURTNEY FEIN
                                        Attorney at Law

I consent to the substitution.

DATED: July 18, 2013                    /s/ *Carlos Garcia Moreno*
                                        CARLOS GARCIA MORENO
                                        Defendant

## O R D E R

IT IS HEREBY ORDERED, effective August 1, 2013, withdrawing the Federal Defender as counsel and appointing Courtney Fein as ad hoc CJA counsel pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, Gen. Ord. 323, App.I, §B(3).

DATED:  7/23/2013

                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge