COURTNEY FEIN, #244785
Attorney at Law
LAW OFFICES OF COURTNEY FEIN
P.O. Box 191552
Sacramento, CA 95819
Telephone: (916) 382-4792

Attorney for Defendant
CARLOS GARCIA MORENO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CARLOS GARCIA MORENO, Defendant. | Case No. CR.S 13-063 JAM<br>**STIPULATION and ORDER**<br>Date: October 15, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, NIRAV DESAI, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for CARLOS GARCIA MORENO, that the status conference of September 17, 2013 be vacated and the matter be set for status conference on October 15, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to consult with her client regarding his anticipated temporary transfer to state custody to resolve a pending state matter the result of which will affect the outcome of the federal proceedings, and/or continue defense preparation for trial. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 15, 2013 pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: September 10, 2013   BENJAMIN WAGNER
                            United States Attorney

                            BY:

                            /s/ *Courtney Fein for*
                            NIRAV DESAI
                            Assistant United States Attorney
                            Attorneys for Plaintiff


Dated: September 10, 2013   LAW OFFICES OF COURTNEY FEIN

                            /s/ *Courtney Fein*
                            COURTNEY FEIN
                            Attorney at Law
                            Attorney for CARLOS GARCIA MORENO

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 17, 2013, status conference hearing be continued to October 15, 2013, at 9:45 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 15, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy

| | |
|---|---|
| 1 | Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code 26   T- |
| 2 | 4, to allow defense counsel reasonable time to prepare. |
| 3 | |
| 4 | Dated:  9/11/2013 |

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge