```
COURTNEY FEIN, #244785
Attorney at Law
LAW OFFICES OF COURTNEY FEIN
P.O. Box 191552
Sacramento, CA 95819
Telephone:  (916) 382-4792

Attorney for Defendant
CARLOS GARCIA MORENO
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR.S 13-063 JAM |
|---|---|
| Plaintiff, | **STIPULATION and ORDER** |
| v. | Date: December 10, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |
| CARLOS GARCIA MORENO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, NIRAV DESAI, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for CARLOS GARCIA MORENO, that the status conference of December 3, 2013 be vacated and the matter be set for status conference on December 10, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to consult with her client regarding complex issues relating to his prior convictions and how he wishes to proceed in light of recent developments, and/or continue defense preparation for trial.  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 10, 2013 pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  November 22, 2013          BENJAMIN WAGNER
                                   United States Attorney

                                   BY:

                                   /s/ *Courtney Fein for*
                                   NIRAV DESAI
                                   Assistant United States Attorney
                                   Attorneys for Plaintiff


Dated:  November 22, 2013          LAW OFFICES OF COURTNEY FEIN

                                   /s/ *Courtney Fein*
                                   COURTNEY FEIN
                                   Attorney at Law
                                   Attorney for CARLOS GARCIA MORENO

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 3, 2013, status conference hearing be continued to December 10, 2013, at 9:45 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 10, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under

the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code 26 T-4, to allow defense counsel reasonable time to prepare.

Dated:  11/22/2013

                                          /s/ John A. Mendez_____
                                          HON. JOHN A. MENDEZ
                                          United States District Court Judge